**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nicolas PENA, Defendant–Appellant.**

No. 06–40584
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 19, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

Nicolas Pena appeals the 96–month sentence imposed following his guilty plea conviction for importing cocaine. He argues that the district court erred by not

---

finding that he played a minor role in the offense and sentencing him accordingly. As Pena concedes, this claim is reviewed for plain error only due to his failure to raise it in the district court. *See United States v. Villegas,* 404 F.3d 355, 358 (5th Cir.2005).

Pena has failed to establish that he was less culpable than other participants in the offense. *See* U.S.S.G. § 3B1.2, comment. (n.5). He has not shown that the district court plainly erred in connection with his sentence. The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.